**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DONNA SCHAPPELL, *et al.*, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| vs. | : | No. 25-06475-JMY |
| | : | |
| CHILDREN'S HOSPITAL OF | : | |
| PHILADELPHIA, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 13th day of November 2026, upon consideration of Plaintiff's Motion to Remand (ECF No. 56) and all papers filed in support thereof and in opposition thereto, it is hereby **ORDERED** that the Plaintiff's Motion to Remand shall be **GRANTED** and the above captioned matter shall be remanded to the Commonwealth of Pennsylvania, Philadelphia Court of Common Pleas.

**IT IS SO ORDERED**.

**BY THE COURT:**

*/s/ John Milton Younge*
**Judge John Milton Younge**